IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                           Case No. 96-50012

TERRY LYNN WHITE                                                  DEFENDANT

**ORDER**

Currently before the Court is the defendant's **Motion for Elimination, Remission or Reduction of Fines (Doc. 54)**. The Court, being and well and sufficiently advised, finds and orders as follows with respect thereto:

1.   Defendant states that he has been released from prison, that he brings home less than $450.00 a week, and that making payments on his $17,500.00 fine is a substantial hardship for him. Defendant, therefore, requests that his fine be "eliminated, reduced or remitted." The Government opposes defendant's motion.

2.   18 U.S.C. § 3573, the statutory authorization to petition for remission or modification of a fine, is only available to the Government and not the defendant. See United States v. Chacon-Vega, 2008 W.L. 313612, *1 (8th Cir. 2008). Further, as defendant is not currently in custody, he cannot seek relief from his fine under 28 U.S.C. § 2255 or 28 U.S.C. § 2241. See United States v. Mays, 2003 W.L. 21259692, *1 (6th Cir. 2003).

3.   Accordingly, the Court finds that it lacks jurisdiction over the defendant's **Motion for Elimination, Remission or Reduction**

**of Fines (Doc. 54).** The motion is, therefore, **DISMISSED WITHOUT PREJUDICE.**

IT IS SO ORDERED this 19th day of June, 2008.

/s/ Jimm Larry Hendren
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**